FILED
JUL 1 3 2009
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESUS FABEL DIAZ-PELLEGAUD,
a/k/a "Fael," a/k/a "Fabel,"

Defendant.

Case Number MJ 09 - 34

CRIMINAL COMPLAINT

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

21 U.S.C. §§ 841(a)(1) and 846

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

COUNT 1.

From on or about 2007 to July 1, 2009, in the District of South Dakota and elsewhere, Jesus Fabel Diaz-Pellegaud, a/k/a "Fael," a/k/a "Fabel," did knowingly and intentionally combine, conspire, confederate, and agree together with others, known and unknown, to knowingly and intentionally distribute and possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

COUNT 2.

From on or about 2007 to July 1, 2009, in the District of South Dakota and elsewhere, Jesus Fabel Diaz-Pellegaud, a/k/a "Fael," a/k/a "Fabel," did knowingly and intentionally combine, conspire, confederate, and agree together with others,

known and unknown, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

This criminal complaint is based on the facts set forth in my affidavit filed herewith.

Special Agent Steven K. Hummel
U.S. Drug Enforcement Administration

Sworn to before me and subscribed in my presence on July 13, 2009 (date)
at Sioux Falls, South Dakota.

LAWRENCE L. PIERSOL
United States District Court Judge

**AFFIDAVIT**

STATE OF SOUTH DAKOTA)
:SS
COUNTY OF MINNEHAHA)

I, Steven K. Hummel, first being duly sworn, depose and state:

1. I am a Special Agent (S/A) with the U.S. Drug Enforcement Administration (DEA) and the following is based on my personal knowledge, review of police reports and conversations with other law enforcement officers.

2. During late 2008 and early 2009, I interviewed a Source of Information (hereafter referred to as SOI#1). SOI#1 is incarcerated and cooperating with authorities related to SOI#1's conviction on drug trafficking charges in the District of South Dakota. SOI#1 identified an individual known to SOI#1 as "Fael" as someone that SOI#1 had previously been involved with in drug trafficking activities. SOI#1 eventually identified a photograph of Jesus Fabel Diaz-Pellegaud as the person SOI#1 knows as "Fael."

3. SOI#1 advised me that Diaz-Pellegaud was responsible for providing multi-hundred pound quantities of marijuana and multi-pound quantities of methamphetamine to SOI#1. SOI#1 indicated Diaz-Pellegaud assisted in transporting these drugs to Sioux Falls, SD to provide to SOI#1. SOI#1 stated SOI#1 provided large amounts of cash to Diaz-Pellegaud in Sioux Falls after the drugs were distributed. SOI#1 identified several notations in drug notes I seized in April 2008 in Sioux Falls. These drug notes indicate payments made to Diaz-Pellegaud by SOI#1 for both methamphetamine and marijuana. SOI#1 advised me that one method Diaz-Pellegaud used to transport drugs included a white pickup with a false bottom air compressor in which the drugs were concealed.

4. In the spring/summer 2009, I interviewed a second Source of Information (hereafter referred to as SOI#2). SOI#2 was arrested in February 2009 in Sioux Falls, SD when found to be in possession of approximately 50 pounds of marijuana and three pounds of methamphetamine. These drugs were located inside a large air compressor with a false bottom that SOI#2 was transporting in the back of a pickup. The suspected methamphetamine field tested positive for the presence of methamphetamine. SOI#2 subsequently spoke with me incident to plea negotiations on SOI#2's pending federal drug charges. SOI#2 knew SOI#2 was transporting the drugs on behalf of "Fabel" from Idaho to South Dakota. SOI#2 subsequently identified a photograph of Jesus Fabel Diaz-Pellegaud as the person SOI#2 knows as "Fabel."

5. In May 2009, I interviewed Fidel Villanueva Godinez. Godinez is currently incarcerated pending drug trafficking charges in the District of South Dakota. The interview of Godinez is ongoing. Godinez advised Godinez first met "Fael" in late 2006 or early 2007. Godinez later came into a relationship with "Fael" where "Fael" would arrange for marijuana and methamphetamine to be delivered to Sioux Falls. Godinez would arrange for the drugs to be distributed and Godinez would return cash proceeds from the sales to "Fael." This activity occurred primarily in 2008 and 2009.

6. On July 1, 2009, Jesus Fabel Diaz-Pellegaud and Manuel Ramirez were arrested in Pocatello, ID when found to be in possession of approximately 75 kilograms of marijuana. Ramirez was operating a white Ford pickup with Diaz-Pellegaud as a passenger. The 75 kilograms of marijuana was located in the back seat of the pickup in four large trash bags. Incident to this arrest, Diaz-Pellegaud provided a home address of 211 Everett, Caldwell, ID.

7. On July 8, 2009, I assisted in the execution of a State of Idaho search warrant at 211 Everett, Caldwell, ID. Documents were seized indicating Jesus Fabel Diaz was the current recipient of water services at 211 Everett Street, Caldwell, ID. Other documents were seized indicating Diaz-Pellegaud was associated with 311 Woodland, Caldwell, ID. Just to the rear of 211 Everett Street, between the house and the garage, I located a large air compressor with the bottom of the tank cut out. This tank is very similar to the tank seized in Sioux Falls, SD, including the location of the area that is cut out on the bottom of each tank.

8. Also on July 8, 2009, I spoke with Esther Gil at 311 Woodland, Caldwell, ID. Gil provided Idaho State Police Detective Banda permission to search the residence. One address book, one day planner and an "Intermex" money transfer receipt signed in the name Jesus Fabel Diaz were located and seized. I spoke to Gil with the assistance of Det. Banda, who is a Spanish speaker. Gil initially denied, but then indicated the items located belonged to her husband, Jesus Diaz-Pellegaud. In the seized day planner, the telephone number 605-370-4092 appears. I know based on subpoenaed information that this telephone number was subscribed to by Eva L. Gallegos, the wife of Fidel Villanueva Godinez.

9. Based on the above information, I believe that probable cause exists to believe that from approximately 2007 to July 1, 2009, Jesus Fabel Diaz-Pellegaud did knowingly and intentionally conspire with others to distribute and possess with the intent to distribute marijuana, a Schedule I controlled substance, and over 500 grams of a mixture or substance containing

methamphetamine, a Schedule II controlled substance, in the District of South Dakota and elsewhere, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Special Agent Steven K. Hummel
U.S. Drug Enforcement Administration

Subscribed and sworn to before me at Sioux Falls, SD, this 13th day of July, 2009.

LAWRENCE L. PIERSOL
United States District Court Judge